UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHRISTINA PAPATOLA,

    Plaintiff,

vs.                                CASE NO. 8:15-CIV-1151-T-EAK-EAJ

UNITED PETRO VIII, INC.,

    Defendant.
_____/

## ORDER FOR ENTRY OF JUDGMENT

    This cause is before the Court on the Plaintiff's motion for entry of default final judgment (Doc. 8). There has been no timely response filed to the motion. The Court has reviewed the motion and attachment thereto, and finds the motion well-taken and supported. Therefore, the motion will be granted. Accordingly, it is

    **ORDERED** that the Plaintiff's motion for entry of default final judgment (Doc. 8) be **granted** and the Clerk of Court is directed to enter judgment for plaintiff and against the defendant for unpaid overtime in the amount of $543.38 plus $543.38 for liquidated damages, unpaid minimum wages of $18.00, and $18.00 for liquidated damages, for a total sum of $1,122.76. Further, the Clerk of Court shall close this case.

The Court reserves jurisdiction on the Plaintiff's entitlement to reasonable attorney's fees and costs which will be determined upon the filing of a separate and appropriate motion.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 21st day of September, 2015.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record